**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   BAR 13, INC.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   13-4199289

4. **Debtor's address**

   **Principal place of business**  
   35 East 13th St.  
   Number    Street

   New York            NY    10003  
   City                State    ZIP Code

   New York County  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  BAR 13, INC.
       Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
_____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes.  District SDNY    When 12/12/2019    Case number 19-13911
                                   MM / DD / YYYY
          District SDNY    When 07/17/2018    Case number 18-12163
                                   MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
          District _____  When _____
                                                  MM / DD / YYYY
          Case number, if known _____

Debtor    BAR 13, INC.
_____
Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____  _____  _____
City                                      State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name     _____
        Phone            _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    BAR 13, INC.
_____
Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/30/2021
            MM  / DD / YYYY

✘ /s/ Tom Sullivan                                Tom Sullivan
Signature of authorized representative of debtor  Printed name

Title  President, sole shareholder

**18. Signature of attorney**

✘ /s/ Gabriel Del Virginia            Date  09/30/2021
Signature of attorney for debtor            MM / DD / YYYY

Gabriel Del Virginia
Printed name

Law Office of Gabriel Del Virginia
Firm name

30 Wall Street 12th Floor
Number   Street

New York                          NY           10005
City                              State        ZIP Code

212-371-5478                      gabriel.delvirginia@verizon.net
Contact phone                     Email address

GD-4951                           NY
Bar number                        State

Debtor _____    Case number *(if known)*_____
       First Name  Middle Name  Last Name

## Continuation Sheet for Official Form 201

**9) Prior Bankruptcies**

**SDNY**                    **04/30/2014**                    **14-12267**

Angel Perez
c/o Studin Young PC
135 Pinelawn Road-Ste 250 S.
Melville, NY 11747

Con Edison
4 Irving Place
New York, NY 10016

D&W Central Fire
c/o Kirschenbaum & Kirschenbau
200 Garden City Plaza
Garden City, NY 11530

Eddie Batiz

Enid Nagler Stuart, Esq., AAG
Office of Attorney General NYS
28 Liberty Street-17th Floor
New York, NY 10005

Green & Cohen
319 East 91 st
Professional
New York, NY 10128

IRS/Centralized Insolvency
Post Office Box 7346
Philadelphia, PA 19101-7346

Manhattan Beer
c/o Ferrante & Assocs
312-05 41 Avenue
Bayside, NY 11361

NY State Insurance Fund
199 Church Street
New York, NY 10007-0000

NY State Workers Comp Brd
P.O. Box  5205
Binghamton, NY 13902-5905

NY State Workers Comp Brd
328 State Street
Schenectady, NY 12305

NY State Workers Comp Brd
328 State Street
Schenectady, NY 12305-0000

NY State Workers Comp Brd
Finance Office Room 301

NYC Department of Finance
Attn. Legal Affairs
375 Pearl Street
New York, NY 10038

NYS Dept of Labor
Unemployment Division
Building 12, Room 256
Albany, NY 12240

NYS Dept. of Tax. & Finan
Bankruptcy-Special Proc. Unit
P.O. Box 5300
Albany, NY 12205-5300

NYS Dept. of Tax. & Finan
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

Phoenix Beverages
37-88 Review Ave
Long Island City, NY 11101

Phoenix Beverages
c/o Ferrante & Assocs
312-05 41 Avenue
Bayside, NY 11361

RMS
335 Madison Ave
PO Box 723001
New York, NY 10017

Roto Rooter
5672 Collections
Chicago, IL 60693

U. S. TRUSTEES' OFFICE-SDNY
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Zoe Realty Corp.
983 East End Avenue
Woodmere, NY 11598

Zoe Realty Corp.
57 Captains Road
Valley Stream, NY 11581

United States Bankruptcy Court

Southern District of New York

In re: BAR 13, INC.

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/30/2021

/s/ Tom Sullivan
Signature of Individual signing on behalf of debtor

President, sole shareholder
Position or relationship to debtor